

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

BRADLEY SCOTT EDWARDS, ET UX,  §
KRISTEN EDWARDS,                              No. 08-12-00032-CV

                                     §
          Appellants,                            On Appeal from the

                                     §
v.                                               367th District Court

                                     §
                                                 of Denton County, Texas

ROBERT E. EDWARDS,             §
                                                 (T.C.# 2010-50094-367)

          Appellee.                §

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.